DIVISION 2. - TOWN MANAGER

Sec. 2-67. - Appointment, qualifications, and removal.

(a) The town council shall appoint a town manager upon such terms and for such compensation as the town council may set. The town manager shall be an officer of the town, and shall have such powers and shall perform such other duties as the town council may direct. No councilmember shall receive such appointment during the term for which he/she shall have been elected or appointed, nor within one year the expiration of his term as such councilmember.

(b) The town manager shall be chosen by the town council solely on the basis of his/her executive and administrative qualifications with special reference to actual experience in or knowledge of accepted practice in respect to the duties of his/her office. At the time of appointment, he/she need not to be a resident of the town or state, but after his/her appointment, shall reside within 20 miles of the town limits.

(c) The town council may remove the town manager by a majority vote of the town council at any regular or special session. In the event of such removal of the town manager, the town council shall adopt a resolution setting forth the removal effective date thereof. Upon removal of the town manager, the town council shall cause the town manager to be paid any accrued compensation as of the effective date of removal plus a sum equal to one month's salary as of the date of such removal.

(Ord. No. 2020-01, § 1, 8-11-2020)

Sec. 2-68. - Powers and duties.

The town manager shall be the chief executive officer and the head of the administrative branch of the town government. He/she shall be responsible to the town council for the proper administration of all affairs of the town, and to that end, he/she shall have the power and shall be required to:

(1) Appoint and, when necessary for the good of the town, remove all employees of the town except the town clerk, town attorney, fire chief and police chief. Appointment of or removal of the town clerk, town attorney, fire chief and police chief must be approved by a majority vote of the town council.

(2) Prepare the budget annually and submit it to the town council and be responsible for its administration after adoption.

(3) Prepare and submit to the town council, as of the end of the fiscal year, a complete report on the finances and administrative activities of the town for the preceding year.

(4)

**EXHIBIT "A"**

Keep the town council advised of the financial condition and future needs of the town and make such recommendations as may seem to him/her desirable.

 (5) Submit annually to the town a list of recommended capital improvements which in the opinion of the manager are necessary or desirable to be constructed during the forthcoming one-year period. Such list is to be arranged in order of preference, with recommendations as to which projects shall be constructed.

 (6) Perform such other duties as may be prescribed by the charter or required of him/her by the council, not inconsistent with the charter.

(Ord. No. 2020-01, § 2, 8-11-2020)

Sec. 2-69. - Absence of town manager.

To perform his/her duties during his/her temporary absence or disability, the town manager may designate a qualified administrative officer of the town to perform the duties of the manager until he/she shall return.

(Ord. No. 2020-01, § 3, 8-11-2020)

Sec. 2-70. - Town council not to interfere in appointments or removals.

Neither the council nor any of its members shall direct or request the appointment of any person to, or their removal from, office by the town manager or by any of his/her subordinates, or in any manner take part in the appointment or removal of officers and employees in the administrative service of the town except as provided in other sections of this article. Except for the purpose of inquiry, neither the council nor any member thereof shall give orders to any subordinates of the town manager, either publicly or privately without the knowledge of the town manager.

(Ord. No. 2020-01, § 4, 8-11-2020)

Sec. 2-71. - Authority to sign letters of intent, letters of inquiry, etc.

The town council authorizes the town manager to sign letters of intent, letters of inquiry, notices, permit documents, bid documents and contract documents related to items that have been approved by the town council for the routine operation of the town's business.

(Res. No. 08-04, 5-13-2008)

Secs. 2-72—2-100. - Reserved.